# Electronic Record

*1626-12*
*1627-12*

COA NO: <u>05-11-00362-CR</u>  CCRA NO. _____

**Jamerson, Marcus**
*Appellant*

**Aggravated Robbery/Deadly Weapon**
*Offense*

**32 Yrs TDCJE**
*Punishment*

**Dallas**
*County*
Trial Court: <u>194TH DISTRICT COURT</u>

Trial Court No.: <u>F10-14439-M</u>                **MOTION FOR**
                           **REHEARING IN COA IS**
Trial Judge: <u>White, Ernest</u>               **ON**
Disposition: <u>Affirm</u>
Date: <u>10/30/2012</u>                Justice
Justice: <u>Justice Morris</u>   PC <u>yes</u>  S <u>yes</u>
Publish <u>yes</u>  DNP

CLK RECORD <u>9/29/2011</u>
RPT RECORD <u>09/06/2011</u>
STATE BRIEF <u>02/15/2012</u>
APPELLANT BRIEF <u>09/26/2011</u>
SUPP CLK RECORD <u>12/02/2011</u>
SUPP BRIEF
PRO SE BRIEF

*1626-12*
*1627-12*

## IN COURT OF CRIMINAL APPEALS

_APPELLANT'S_ PETITION          CCRA DISPOSITION:_____
FOR DISCRETIONARY REVIEW IN CCRA
IS _granted & remanded_on        _____
    _8-21-2013_                 SIGNED: _____  PC: _____
JUDGE  _PC_                      JUDGE: _____


_____MOTION FOR       MOTION FOR STAY OF MANDATE IS
REHEARING IN CCRA IS _____   _____
on _____    on _____


_____         _____
JUDGE                           JUDGE